UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: Tyrone G. Harper,

Debtor.

Case No. 15-20403
Judge: GMH
Chapter 13

## DEBTOR'S AMENDMENTS TO
## SCHEDULE F: CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

Schedule F:　　　　　　　　　See attached Amended Schedule

### DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

*Declaration Under Penalty of Perjury by Individual Debtor*

*I declare under penalty of perjury that I have read the following attached amendments to Schedule F and that the information contained therein is true and correct to the best of my knowledge, information and belief.*

/s/ Tyrone G. Harper　　　　　　　　　5-7-15

**Tyrone G. Harper**　　　　　　　　　**Date**

B6F (Official Form 6F) (12/07)

In re **Tyrone G Harper** Case No. **15-20403**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Clerk of District Court<br>Traffic Violation Office<br>Woodburn County<br>407 7th Street<br>Sioux City, IA 51101 | - | | 2015<br>Citation | | | | 63.00 |
| Account No.<br><br>Elizabeth Violations Bureau<br>One Police Plaza<br>Elizabeth, NJ 07201 | - | | 2015<br>Citation | | | | 85.00 |
| Account No.<br><br>ERMED<br>PO Box 78012<br>Milwaukee, WI 53278 | - | | 2014<br>Debt Owed | | | | 276.00 |
| Account No.<br><br>ERMED<br>PO Box 808<br>Grand Rapids, MI 49518-0808 | | | Representing:<br>ERMED | | | | Notice Only |
| _1_ continuation sheets attached | | | | | | Subtotal<br>(Total of this page) | 424.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Tyrone G Harper**  
　　　　　　　　Debtor

Case No. **15-20403**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>Office of the Circuit Court<br>Montgomery County Courthouse<br>120 North Main Street Room 125<br>Hillsboro, IL 62049 | | - | 2015<br>Citation | | | | 120.00 |
| Account No. <br><br>State of Louisana<br>PO Box 1510<br>Alexandria, LA 71309 | | - | 2015<br>Citation | | | | 247.00 |
| Account No. <br><br>TEK Trucking, LLC<br>1851 West Drexel Avenue<br>Oak Creek, WI 53154-1801 | | - | Deficiency on semi-truck lease | | | | Unknown |
| Account No. <br><br>William R. Soto<br>2440 S. 29th St.<br>Milwaukee, WI 53215 | | - | Debt Owed | | | | 6,959.98 |
| Account No. | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page): **7,326.98**

Total (Report on Summary of Schedules): **7,750.98**